*Robinson v. D.R. Horton*
2:25-cv-02394 (D. Nev.)

**Exhibit to Defendants' Motion to Dismiss**

**Robinson Important Property Tax Notice 1**

# Exhibit D

# IMPORTANT PROPERTY TAX NOTICE

**LOAN#:** ▬▬▬▬▬▬

**BORROWERS:** Kim L. Robinson

**PROPERTY:** , , NV

**LENDER:** DHI Mortgage Company, Ltd., NMLS 14622

**LOAN ORIGINATOR:** Skyler Mitchell Macauley, NMLS 1455313

If your Property is assessed as "unimproved" or "partially improved" and it is anticipated that the next payment of real property taxes will be based on such unimproved or partially improved assessment, both the analysis of the Escrow/Impound Account and the collection of funds for same at closing will be based on estimated or actual "unimproved" or "partially improved" taxes.

After the Servicer has paid the "unimproved" or "partially improved" taxes, the Escrow Account will be reanalyzed using the new, higher taxes (improved). Such analysis will likely result in a substantial increase in your monthly escrow account payment.

If you wish to avoid a large shortage and subsequent payment increase, you may:

- Make additional, voluntary payments to your escrow account along with your regular monthly payment.

- When your loan transfers to your new servicer, schedule automatic payments with additional funds to be applied towards your escrow account.

- Contact your local taxing authority when your property is assessed. If you obtain a statement of the improved tax amount(s) due, your servicer may be willing to adjust your escrow payment at that time.

Please contact your new loan servicer after transfer if you wish to discuss your escrow account payment options.

Borrower(s) hereby acknowledges Lender/Settlement Agent's use of estimated or actual unimproved or partially improved taxes due to establish the Escrow/Impound Account, and understands that when the Account is re-analyzed the amount of the monthly escrow account payments may increase substantially. Borrower is aware that he/she will be responsible for any escrow account shortages.

---

DocuSigned by:
*Kim R.*
CA3CBEEDEE11475...

5/11/2024

_____    _____
Kim L. Robinson                Date                                    Date