# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

KIM ROBINSON, BRADLEY SKOUGARD, DESIREE SKOUGARD, TAMMY SANTORII, ARTHUR WHITNEY, MICHELLE HINDS, and BRADLEY HINDS, on behalf of themselves, and on behalf of all others similarly situated,

Plaintiff,

v.

D.R. HORTON, INC., and DHI MORTGAGE COMPANY, LTD.,

Defendants.

Case No.   2:25-cv-02394-RFB-MDC

*Assigned to District Judge Richard F. Boulware, II and Magistrate Judge Maximiliano D. Couvillier, III*

**[PROPOSED] ORDER GRANTING JOINT STIPULATION RE: PROPOSED BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' COMPLAINT**

Case No. 2:25-cv-02394-RFB-MDC

ORDER GRANTING JOINT STIPULATION RE: PROPOSED BRIEFING SCHEDULE ON DEFENDANTS' MTD

**ORDER**

Having considered the Parties' Joint Stipulation re: Proposed Briefing Schedule on Defendants' Motion to Dismiss Plaintiffs' Complaint, and all relevant papers filed herein, hereby finds good cause shown and ORDERS as follows:

1.  Plaintiffs' First Amended Complaint ("FAC") shall be due on March 6, 2026;

2.  Defendants' motion to dismiss the FAC shall be due on May 8, 2026;

3.  Plaintiffs' opposition shall be due on June 12, 2026; and

4.  Defendants' reply shall be due on June 26, 2026.

**IT IS SO ORDERED.**

Dated: 3-5-26

_____
HON. MAXIMILIANO D. COUVILLIER, III
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF NEVADA

Case No. 2:25-cv-02394-RFB-MDC                    1

ORDER GRANTING JOINT STIPULATION RE: PROPOSED BRIEFING SCHEDULE ON DEFENDANTS' MTD