**LEGAL AID CENTER OF SOUTHERN NEVADA**
Elizabeth Mikesell, Esq. (NV Bar No. 8034)
*EMikesell@lacsn.org*
Peter Aldous, Esq. (NV Bar No. 11346)
*paldous@lacsn.org*
725 E. Charleston Blvd.
Las Vegas, NV 89104
Tel.: (702) 386-1533

**NATIONAL CONSUMER LAW CENTER**
Jennifer Spieler Wagner (*pro hac vice*)
*jwagner@nclc.org*
Shennan Kavanagh (*pro hac vice*)
*skavanagh@nclc.org*
7 Winthrop Square, 4th Floor
Boston, MA 02110
Tel.: 617-542-8010

*[Additional Plaintiffs Counsel on Signature Page]*

*Attorneys for Plaintiffs and Putative Class*

**WEINER BRODSKY KIDER PC**
Mitchel H. Kider (*pro hac vice*)
Timothy P. Ofak (*pro hac vice*)
1300 19th Street NW, Fifth Floor
Washington, DC 20036-1609
Tel: (202) 628-2000
kider@thewbkfirm.com
ofak@thewbkfirm.com

**PLANTE HUGUENIN LEBOVIC KAHN LLP**
Sharon A. Bauman (NV Bar No. 8274)
8345 West Sunset Road, Suite 160
Las Vegas, NV 89113
Tel: (702) 470-0220
sbauman@phlklaw.com

*Attorneys for Defendants D. R. Horton, Inc. and DHI Mortgage Company, Ltd.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KIM ROBINSON, BRADLEY SKOUGARD, DESIREE SKOUGARD, TAMMY SANTORII, ARTHUR WHITNEY, MICHELLE HINDS, BRADLEY HINDS, RUSTY STEFFNER, AIMEE STEFFNER, and GAGE RADTKE, on behalf of themselves, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>D.R. HORTON, INC., and DHI MORTGAGE COMPANY, LTD.,<br><br>Defendants. | Case No.  2:25-cv-02394-RFB-MDC<br><br>*Assigned to District Judge Richard F. Boulware, II and Magistrate Judge Maximiliano D. Couvillier, III*<br><br>**JOINT STIPULATION RE: EXTENSION OF TIME FOR FILING RULE 26(f) STATEMENT REGARDING DISCOVERY PLAN AND SCHEDULING ORDER** |

Case No. 2:25-cv-02394-RFB-MDC

JOINT STIPULATION RE: 26(f) EXTENSION

Plaintiffs Kim Robinson, Bradley Skougard, Desiree Skougard, Tammy Santorii, Arthur Whitney, Michelle Hinds, Bradley Hinds, Rusty Steffner, Aimee Steffner, and Gage Radtke ("**Plaintiffs**") and Defendants D.R. Horton, Inc. and DHI Mortgage Company, Ltd. ("**Defendants**"), the parties to the above-entitled action (collectively the "**Parties**"), by and through their respective counsel, hereby jointly move and stipulate to the agreed-upon extension of time for filing the Rule 26(f) Statement regarding the Discovery Plan and Scheduling Order:

WHEREAS, Plaintiffs filed a class action complaint on December 3, 2025, asserting claims under the Racketeer Influenced and Corrupt Organizations Act on behalf of the nationwide class; the Nevada Deceptive Trade Practices Act on behalf of the Nevada subclass; and common law claims on behalf of the nationwide class (ECF 1);

WHEREAS, Defendants filed their notice of appearance on February 4, 2026 (ECF 19);

WHEREAS, on March 6, 2026, Plaintiffs filed their First Amended Complaint, (ECF 29), adding one additional claim on behalf of three additional plaintiffs for violations of the Florida Deceptive and Unfair Trade Practices Act;

WHEREAS, pursuant to Federal Rule of Civil Procedure 26(f) and Local Rule 26-1(a), the Parties held their Rule 26(f) conference on March 5, 2026, and the Parties must submit to the Court a Rule 26(f) statement by March 19, 2026;

WHEREAS, due to Plaintiffs' counsel's scheduling conflicts during this period, the Parties have been unable to complete discussions concerning the discovery plan and scheduling order;

WHEREAS, because of the various legal and factual issues in this putative class action case, and the fact that briefing on Defendants' forthcoming motion to dismiss all claims pursuant to the briefing schedule entered by the Court on March 5, 2026 (ECF 28) will not be completed until June 26, 2026, the Parties intend to request special scheduling review in their 26(f) Report, and thus, request additional time to complete discussions on their proposals and provide the Court the necessary information;

WHEREAS, pursuant to Local Rule IA 6-1, this is the first stipulation for extension of time to file a Rule 26(f) statement regarding the discovery plan and scheduling order in this case;

THEREFORE, in light of the foregoing, and for good cause shown, the Parties jointly propose and stipulate, subject to the Court's approval, to a two-week extension for the submission to this Court of the Rule 26(f) statement regarding the discovery plan and scheduling order (including deadlines for Rule 26(a)(1) initial disclosures) from March 19, 2026 to April 2, 2026.

**IT IS SO STIPULATED AND JOINTLY REQUESTED.**

Dated: March 19, 2026                    Respectfully Submitted,

 /s/ Kristen Simplicio
**LEGAL AID CENTER OF SOUTHERN NEVADA**
Elizabeth Mikesell, Esq. (NV Bar No. 8034)
*EMikesell@lacsn.org*
Peter Aldous, Esq. (NV Bar No. 11346)
*paldous@lacsn.org*
725 E. Charleston Blvd.
Las Vegas, NV 89104
Tel.: (702) 386-1533

**VARNELL AND WARWICK PA**
Jeffrey L. Newsome II (*pro hac vice*)
*jnewsome@vandlwlaw.com*
Janet R. Varnell (*pro hac vice*)
*jvarnell@vandlwlaw.com*
Brian Warwick (*pro hac vice*)
*bwarwick@vandwlaw.com*
400 N. Ashley Drive, Suite 1900
Tampa, FL 33602
Tel.: 352-753-8600
Fax: 352-504-3301

**CLARKSON LAW FIRM, P.C.**
Kristen G. Simplicio (*pro hac vice*)
*ksimplicio@clarksonlawfirm.com*
Roke Iko (*pro hac vice*)
*riko@clarksonlawfirm.com*
1050 Connecticut Avenue NW, Suite 500
Washington, DC 20036
Tel.: (202) 998-2299
Fax: (213) 788-4070

**NATIONAL CONSUMER LAW CENTER**
Jennifer Spieler Wagner (*pro hac vice*)
*jwagner@nclc.org*
Shennan Kavanagh (*pro hac vice*)
*skavanagh@nclc.org*
7 Winthrop Square, 4th Floor
Boston, MA 02110
Tel.: 617-542-8010

*Attorneys for Plaintiffs and the Putative Class*

Dated: March 19, 2026                 /s/ Timothy P. Ofak
                                      **WEINER BRODSKY KIDER PC**
                                      Mitchel H. Kider (*pro hac vice*)
                                      Timothy P. Ofak (*pro hac vice*)
                                      1300 19th Street NW, Fifth Floor
                                      Washington, DC 20036-1609
                                      Tel: (202) 628-2000
                                      kider@thewbkfirm.com
                                      ofak@thewbkfirm.com

                                      **PLANTE HUGUENIN LEBOVIC KAHN LLP**
                                      Sharon A. Bauman (NV Bar No. 8274)
                                      8345 West Sunset Road, Suite 160
                                      Las Vegas, NV 89113
                                      Tel: (702) 470-0220
                                      sbauman@phlklaw.com

                                      *Attorneys for Defendants D.R. Horton, Inc. and DHI Mortgage Company, Ltd.*