**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KIM ROBINSON, BRADLEY SKOUGARD, DESIREE SKOUGARD, TAMMY SANTORII, ARTHUR WHITNEY, MICHELLE HINDS, BRADLEY HINDS, RUSTY STEFFNER, AIMEE STEFFNER, and GAGE RADTKE, on behalf of themselves, and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>        v.<br><br>D.R. HORTON, INC., and DHI MORTGAGE COMPANY, LTD.,<br><br>                Defendants. | Case No.  2:25-cv-02394-RFB-NJK<br><br><br><br>**ORDER GRANTING JOINT STIPULATION RE: EXTENSION OF TIME FOR FILING RULE 26(f) STATEMENT REGARDING DISCOVERY PLAN AND SCHEDULING ORDER** |

Plaintiffs Kim Robinson, Bradley Skougard, Desiree Skougard, Tammy Santorii, Arthur Whitney, Michelle Hinds, Bradley Hinds, Rusty Steffner, Aimee Steffner, and Gage Radtke ("**Plaintiffs**") and Defendants D.R. Horton, Inc. and DHI Mortgage Company, Ltd. ("**Defendants**"), the parties to the above-entitled action (collectively the "**Parties**"), by and through their respective counsel, hereby jointly move and stipulate to the agreed-upon extension of time for filing the Rule 26(f) Statement regarding the Discovery Plan and Scheduling Order:

WHEREAS, Plaintiffs filed a class action complaint on December 3, 2025, asserting claims under the Racketeer Influenced and Corrupt Organizations Act on behalf of the nationwide class; the Nevada Deceptive Trade Practices Act on behalf of the Nevada subclass; and common law claims on behalf of the nationwide class (ECF 1);

WHEREAS, Defendants filed their notice of appearance on February 4, 2026 (ECF 19);

WHEREAS, on March 6, 2026, Plaintiffs filed their First Amended Complaint, (ECF 29), adding one additional claim on behalf of three additional plaintiffs for violations of the Florida Deceptive and Unfair Trade Practices Act;

WHEREAS, pursuant to Federal Rule of Civil Procedure 26(f) and Local Rule 26-1(a), the Parties held their Rule 26(f) conference on March 5, 2026, and the Parties must submit to the Court a Rule 26(f) statement by March 19, 2026;

WHEREAS, due to Plaintiffs' counsel's scheduling conflicts during this period, the Parties have been unable to complete discussions concerning the discovery plan and scheduling order;

WHEREAS, because of the various legal and factual issues in this putative class action case, and the fact that briefing on Defendants' forthcoming motion to dismiss all claims pursuant to the briefing schedule entered by the Court on March 5, 2026 (ECF 28) will not be completed until June 26, 2026, the Parties intend to request special scheduling review in their 26(f) Report, and thus, request additional time to complete discussions on their proposals and provide the Court the necessary information;

WHEREAS, pursuant to Local Rule IA 6-1, this is the first stipulation for extension of time to file a Rule 26(f) statement regarding the discovery plan and scheduling order in this case;

1

THEREFORE, in light of the foregoing, and for good cause shown, the Parties jointly propose and stipulate, subject to the Court's approval, to a two-week extension for the submission to this Court of the Rule 26(f) statement regarding the discovery plan and scheduling order (including deadlines for Rule 26(a)(1) initial disclosures) from March 19, 2026 to April 2, 2026.

**IT IS SO STIPULATED AND JOINTLY REQUESTED.**

Dated: March 26, 2026
**IT IS SO ORDERED**

_____
Nancy J. Koppe
United States Magistrate Judge

2