# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

KIMBERLY J. ROBINSON, et al.,

    Plaintiffs,

v.

D.R. HORTON, INC., et al.,

    Defendants.

Case No. 2:25-cv-02394-RFB-NJK

**Order**

[Docket No. 36]

Pending before the Court is Defendants' motion to stay discovery pending resolution of their motion to dismiss. Docket No. 36; *see also* Docket No. 38 (motion to dismiss). The motion to stay discovery is fully briefed. *See* Docket Nos. 37 (Plaintiffs' response), 39 (Defendants' reply).

The motion to stay discovery was filed before the motion to dismiss and was fully briefed before Plaintiffs even filed their response to the motion to dismiss. *See* Docket No. 44 (Plaintiffs' response to the motion to dismiss). Defendants' reply to the motion to dismiss is due by June 26, 2026. *See* Docket No. 28 at 2.

To allow the parties to fully present their arguments in conjunction with the merits of the underlying motion to dismiss, the Court **DENIES** the motion to stay discovery without prejudice. Docket No. 36.

IT IS SO ORDERED.

Dated: June 15, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

1