# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

KIMBERLY J. ROBINSON, et al.,

    Plaintiffs,

v.

D.R. HORTON, INC., et al.,

    Defendants.

Case No. 2:25-cv-02394-RFB-NJK

**Order**

[Docket No. 47]

Pending before the Court is Defendants' motion to stay discovery pending resolution of their motion to dismiss. Docket No. 47; *see also* Docket No. 38 (motion to dismiss). The motion to stay discovery is fully briefed. *See* Docket Nos. 48 (Plaintiffs' response), 49 (Defendants' reply).

Having considered the governing standards, *Kor Media Group, LLC v. Green*, 294 F.R.D. 579, 581 (D. Nev. 2013), the Court finds that a stay of discovery is warranted.[1] Accordingly, the Court **GRANTS** the motion to stay discovery. Docket No. 47. In the event resolution of the motion to dismiss does not result in termination of this case, the parties must file a joint proposed discovery plan within seven days of the issuance of the order resolving the motion.

IT IS SO ORDERED.

Dated: July 24, 2026

                                                 
Nancy J. Koppe
United States Magistrate Judge

---

[1] Conducting the preliminary peek puts the undersigned in an awkward position because the assigned district judge will decide the underlying motion and may have a different view of the merits. *See Tradebay, LLC v. eBay, Inc.,* 278 F.R.D. 597, 603 (D. Nev. 2011). The undersigned's "preliminary peek" at the merits of the motion for judgment on the pleadings is not intended to prejudice its outcome. *See id.* The undersigned carefully reviewed the arguments presented in the underlying motion but will not provide discussion of the merits herein.

1