**LEGAL AID CENTER OF SOUTHERN NEVADA**
Elizabeth Mikesell, Esq. (NV Bar No. 8034)
*EMikesell@lacsn.org*
Peter Aldous, Esq. (NV Bar No. 11346)
*paldous@lacsn.org*
725 E. Charleston Blvd.
Las Vegas, NV 89104
Tel.: (702) 386-1533

**NATIONAL CONSUMER LAW CENTER**
Jennifer Spieler Wagner (*pro hac vice*)
*jwagner@nclc.org*
Shennan Kavanagh (*pro hac vice*)
*skavanagh@nclc.org*
7 Winthrop Square, 4th Floor
Boston, MA 02110
Tel.: 617-542-8010

*[Additional Plaintiffs Counsel on Signature Page]*

*Attorneys for Plaintiffs and Putative Class*

**WEINER BRODSKY KIDER PC**
Mitchel H. Kider (*pro hac vice* pending)
Timothy P. Ofak (*pro hac vice* pending)
1300 19th Street NW, Fifth Floor
Washington, DC 20036-1609
Tel: (202) 628-2000
kider@thewbkfirm.com
ofak@thewbkfirm.com

**PLANTE HUGUENIN LEBOVIC KAHN LLP**
Sharon A. Bauman (NV Bar No. 8274)
8345 West Sunset Road, Suite 160
Las Vegas, NV 89113
Tel: (702) 470-0220
sbauman@phlklaw.com

*Attorneys for Defendants D. R. Horton, Inc. and DHI Mortgage Company, Ltd.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

KIM ROBINSON, BRADLEY SKOUGARD, DESIREE SKOUGARD, TAMMY SANTORII, ARTHUR WHITNEY, MICHELLE HINDS, and BRADLEY HINDS, on behalf of themselves, and on behalf of all others similarly situated,

Plaintiff,

v.

D.R. HORTON, INC., and DHI MORTGAGE COMPANY, LTD.,

Defendants.

Case No. 2:25-cv-02394-RFB-NJK

*Assigned to District Judge Richard F. Boulware, II and Magistrate Judge Nancy J. Koppe*

**JOINT STIPULATION RE: PROPOSED BRIEFING SCHEDULE ON DEFENDANT D.R. HORTON, INC.'S MOTION TO COMPEL ARBITRATION**

Plaintiffs Kim Robinson, Bradley Skougard, Desiree Skougard, Tammy Santorii, Arthur Whitney, Michelle Hinds, and Bradley Hinds ("**Plaintiffs**") and Defendants D.R. Horton, Inc. and DHI Mortgage Company, Ltd. ("**Defendants**"), the parties to the above-entitled action (collectively the "**Parties**"), by and through their respective counsel, hereby jointly move and stipulate to the agreed-upon briefing schedule for Defendant D.R. Horton, Inc.'s ("**D.R. Horton**") Motion to Compel Arbitration ("MTC") as follows:

WHEREAS, Plaintiffs filed a class action on December 3, 2025, asserting claims under the Racketeer Influenced and Corrupt Organizations Act on behalf of the nationwide class; the Nevada Deceptive Trade Practices Act on behalf of the Nevada subclass; and common law claims on behalf of the nationwide class. ECF 1.

WHEREAS, on August 28, 2026, Defendant D.R. Horton filed its MTC (ECF 51);

WHEREAS, the Parties have met and conferred regarding various scheduling matters and to accommodate various conflicts, have agreed to a brief extension of the briefing deadlines;

WHEREAS, the Parties stipulate to a joint proposed briefing schedule on D.R. Horton's motion and it will not affect any other deadlines in this action,[1]

WHEREAS, pursuant to LR IA 6-1, this is the first stipulation for extension of time relating to the MTC;

THEREFORE, in light of the foregoing, and for good cause shown, the Parties jointly propose and stipulate, subject to the Court's approval, the following briefing schedule on D.R. Horton's Motion to Compel Arbitration:

a. Plaintiffs' opposition shall be due on September 25, 2026; and

b. Defendants' reply shall be due on October 16, 2026.

**IT IS SO STIPULATED AND JOINTLY REQUESTED.**

/ / /

/ / /

/ / /

[1] On July 27, 2026, the Court granted Defendants' motion to stay discovery pending the resolution of Defendants' Motion to Dismiss and deferred setting a scheduling order in this case. ECF 50.

Dated: September 4, 2026

Respectfully Submitted,

*/s/ Kristen G. Simplicio*

**CLARKSON LAW FIRM, P.C.**
Kristen G. Simplicio (*pro hac vice*)
*ksimplicio@clarksonlawfirm.com*
1050 Connecticut Ave. NW, Suite 500
Washington, DC 20036
Tel.: (202) 998-2299
Fax: (213) 788-4070

**CLARKSON LAW FIRM, P.C.**
Roke Iko (*pro hac vice*)
*riko@clarksonlawfirm.com*
22525 Pacific Coast Highway
Malibu, CA 90265
Tel: (213) 788-4050

**LEGAL AID CENTER OF SOUTHERN NEVADA**
Elizabeth Mikesell, Esq. (NV Bar No. 8034)
*EMikesell@lacsn.org*
Peter Aldous, Esq. (NV Bar No. 11346)
*paldous@lacsn.org*
725 E. Charleston Blvd.
Las Vegas, NV 89104
Tel.: (702) 386-1533

**VARNELL AND WARWICK PA**
Jeffrey L. Newsome II (*pro hac vice*)
*jnewsome@vandlwlaw.com*
Janet R. Varnell (*pro hac vice*)
*jvarnell@vandlwlaw.com*
Brian Warwick (*pro hac vice*)
*bwarwick@vandwlaw.com*
400 N. Ashley Drive, Suite 1900
Tampa, FL 33602
Tel.: 352-753-8600
Fax: 352-504-3301

**NATIONAL CONSUMER LAW CENTER**
Jennifer Spieler Wagner (*pro hac vice*)
*jwagner@nclc.org*
Shennan Kavanagh (*pro hac vice*)
*skavanagh@nclc.org*
7 Winthrop Square, 4th Floor
Boston, MA 02110
Tel.: 617-542-8010

*Attorneys for Plaintiffs and the Putative Class*

Dated: September 4, 2026

*/s/ Timothy P. Ofak*

**WEINER BRODSKY KIDER PC**
Mitchel H. Kider (*pro hac vice* pending)
Timothy P. Ofak (*pro hac vice* pending)
1300 19th Street NW, Fifth Floor
Washington, DC 20036-1609
Tel: (202) 628-2000
kider@thewbkfirm.com
ofak@thewbkfirm.com

**PLANTE HUGUENIN LEBOVIC KAHN LLP**
Sharon A. Bauman (NV Bar No. 8274)
8345 West Sunset Road, Suite 160
Las Vegas, NV 89113
Tel: (702) 470-0220
sbauman@phlklaw.com

*Attorneys for Defendants D.R. Horton, Inc. and DHI Mortgage Company, Ltd.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KIM ROBINSON, BRADLEY SKOUGARD, DESIREE SKOUGARD, TAMMY SANTORII, ARTHUR WHITNEY, MICHELLE HINDS, and BRADLEY HINDS, on behalf of themselves, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>D.R. HORTON, INC., and DHI MORTGAGE COMPANY, LTD.,<br><br>Defendants. | Case No. 2:25-cv-02394-RFB-NJK<br><br>*Assigned to District Judge Richard F. Boulware, II and Magistrate Judge Nancy J. Koppe*<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION RE: PROPOSED BRIEFING SCHEDULE ON DEFENDANT D.R. HORTON, INC.'S MOTION TO COMPEL ARBITRATION** |

**ORDER**

Having considered the Parties' Joint Stipulation re: Proposed Briefing Schedule on Defendant D.R. Horton, Inc.'s Motion to Compel Arbitration, and all relevant papers filed herein, hereby finds good cause shown and ORDERS as follows:

1. Plaintiffs' opposition shall be due on September 25, 2026; and
2. Defendants' reply shall be due on October 16, 2026.

**IT IS SO ORDERED.**

Dated: 9/9/2026

HON.RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE
DISTRICT OF NEVADA